THE TOLEDO, WABASH, AND WESTERN RAILROAD COM-
PANY v. FISHER.*

APPEAL from the *Miami* Court of Common Pleas.

PERKINS, J.—Suit by *Stearns Fisher* against the *Toledo, Wabash,* and *Western Railroad Company,* for work done and materials furnished. Judgment for plaintiff for a fraction over 134 dollars.

The errors assigned are—

1. The refusal of a continuance.

There was no error in this. No diligence was shown.

2. The admission of proof of the declarations of one *Brown.*

But the proof is abundant that he was the agent of the railroad company. If not so by original appointment, he was made so by a recognition of his acts while in performance. The company saw what he was doing, and paid some of his bills. Such being the fact, his declarations, which were a part of the *res gestæ* of his acts, within the

---

* An earnest and able petition for a rehearing of this case, filed by Mr. *Stuart,* on the 23d of *December,* was afterwards overruled.

scope of his agency, were legitimate evidence. *Tomlinson v. Collett*, 3 Blackf. 436.—*The Wayne County, &c., Co.* v. *Berry*, 5 Ind. R. 286, 289. And if such declarations are erroneously admitted before proof of the agency, subsequent proof of the agency were then error. *The Trustees, &c.* v. *Bledsoe*, 5 Ind. R. 133. The case does not necessarily raise a question upon the power of sub-agents.

3. Excessive damages.

The jury allowed the account. There was evidence tending to prove it.

*Per Curiam.*—The judgment is affirmed with 10 per cent. damages and costs.

*N. O. Ross, R. P. Effinger*, and *W. Z. Stuart*, for the appellants.

*H. J. Shirk* and *J. M. Wilson*, for the appellee.